# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING, LLC, § <br> § <br> Plaintiff § <br> § <br> § <br> § <br> v. § <br> § <br> THE HOME DEPOT, INC. and HOME § <br> DEPOT U.S.A., INC., § <br> § <br> Defendants. § <br> § <br> § <br> § | Civil Action No. 2:23-cv-00423 <br><br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff RavenWhite Licensing, LLC in the above-captioned action, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

September 18, 2023

OF COUNSEL

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberi.com
David Alberti (*pro hac vice* pending)
CA Bar No. 220265
dalberti@krameralberti.com
Sal Lim (*pro hac vice* pending)
CA Bar No. 211836
slim@krameralberi.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice* pending)
VA Bar No. 43586

/s/ *Deron R. Dacus*
Deron R. Dacus

**THE DACUS FIRM, P.C.**
Deron R. Dacus
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

rmattson@krameralberti.com
**KRAMER ALBERTI LIM**
**& TONKOVICH & LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.   Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 18th day of September 2023.

*/s/ Deron R. Dacus*
Deron R. Dacus