# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, § <br> §<br> Plaintiff   § <br> § <br> § <br> v.   § <br> § <br> THE HOME DEPOT, INC. and HOME § <br> DEPOT U.S.A., INC.,   § <br> § <br> Defendants.   § | Case No. 2:23-cv-00423-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE FOR PLAINTIFF

RavenWhite Licensing LLC ("RavenWhite") files this Notice of Appearance of Counsel and hereby notifies the Court that Russell S. Tonkovich of the law firm of Kramer Alberti Lim & Tonkovich LLP, 577 Airport Blvd., Suite 250, Burlingame, CA, 94010 is appearing as counsel for Plaintiff RavenWhite.  All pleadings, discovery, correspondence, and other material should be served upon counsel.

September 18, 2023

OF COUNSEL

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti (*pro hac vice* pending)
CA Bar No. 220265
dalberti@krameralberti.com
Sal Lim (*pro hac vice* pending)
CA Bar No. 211836
slim@krameralberti.com
Russell S. Tonkovich

/s/ *Russell S. Tonkovich*
Russell S. Tonkovich

**THE DACUS FIRM, P.C.**
Deron R. Dacus
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
RavenWhite Licensing LLC

CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberi.com
Robert C. Mattson (*pro hac vice* pending)
VA Bar No. 43586
rmattson@krameralberti.com
**KRAMER ALBERTI LIM**
**& TONKOVICH & LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of September 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Russell S. Tonkovich*
Russell S. Tonkovich