UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00423-JRG-RSP

Name of party requesting extension: Defendants

Is this the first application for extension of time in this case?    ✔ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 9/19/2023

Number of days requested:    ☐ 30 days
☐ 15 days
✔ Other  43  days

New Deadline Date: 11/22/2023   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Nicholas G. Papastavros

State Bar No.: MA BBO #635742

Firm Name: DLA Piper LLP (US)

Address: 33 Arch Street, 26th Floor
Boston, MA 02110

Phone: (617) 406-6019

Fax: (617) 406-6119

Email: nick.papastavros@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.