IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> v. <br><br> THE HOME DEPOT, INC., et al <br><br> RAVENWHITE LICENSING LLC, <br><br> v. <br><br> WALMART INC., et al | Case No. 2:23-cv-00423-JRG-RSP <br> (Lead Case) <br><br> Case No. 2:23-cv-00418-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiff RavenWhite Licensing LLC respectfully files this unopposed motion to extend certain deadlines by 14 days. Pursuant to the Court's Order Setting the Scheduling Conference (Dkt. 14), Plaintiff's Infringement Contentions are due on November 20, 2023. Plaintiff requests that the due date for Plaintiff's Infringement Contentions be extended by 14 days to December 4, 2023. Plaintiff also requests that the due dates for Defendants' Invalidity Contentions, Initial and Additional Disclosures, and compliance with subject-matter eligibility contentions be extended by 14 days as well. These extensions will be reflected in the Parties' Docket Control Order and Discovery Order due on December 18, 2023. Defendants The Home Depot, Inc., Home Depot USA, Inc., Walmart Inc. and Wal-Mart Texas Stores, LLC do not oppose this Motion.

WHEREFORE, Plaintiff respectfully request the Court grant this Unopposed Motion to Extend certain discovery deadlines by 14 days.

November 20, 2023                    /s/ *Robert F. Kramer*
                                     Robert F. Kramer
                                     CA Bar No. 181706 (Admitted E.D. Texas)

>rkramer@krameralberi.com
>David Alberti
>CA Bar No. 220265 (Admitted E.D. Texas)
>dalberti@krameralberti.com
>Sal Lim
>CA Bar No. 211836 (Admitted E.D. Texas)
>slim@krameralberti.com
>Russell S. Tonkovich
>CA Bar No. 233280 (Admitted E.D. Texas)
>rtonkovich@krameralberi.com
>Robert C. Mattson (*pro hac vice*)
>VA Bar No. 43586
>rmattson@krameralberti.com
>**KRAMER ALBERTI LIM**
>**& TONKOVICH & LLP**
>577 Airport Blvd., Ste 250
>Burlingame, CA 94010
>Telephone: 650 825-4300
>Facsimile: 650 460-8443
>
>**THE DACUS FIRM, P.C.**
>Deron R. Dacus
>ddacus@dacusfirm.com
>821 ESE Loop 323, Suite 430
>Tyler, TX. 75701
>Telephone: (903) 705-7233
>Facsimile: (903) 581-2543
>
>*Attorneys for Plaintiff*
>RavenWhite Licensing, LLC

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that counsel for Defendants do not oppose this motion.

/s/ *Robert F. Kramer*

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on November 20, 2023.

/s/ *Robert F. Kramer*