# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § § | |
| v. | § § | Case No. 2:23-cv-00423-JRG-RSP |
| THE HOME DEPOT, INC., et al | § § | (Lead Case) |
| RAVENWHITE LICENSING LLC, | § § | Case No. 2:23-cv-00418-JRG-RSP |
| v. | § § | (Member Case) |
| WALMART INC., et al | § § § § § | **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

Before this Court is Plaintiff's Unopposed Motion to Extend Certain Discovery Deadlines by 14 days.

After consideration, the Court GRANTS the Motion. The schedule will be modified as follows:

| Event | Old Deadline | Proposed New Deadline |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | November 20, 2023 | December 4, 2023 |
| Join Additional Parties | December 11, 2023 | December 11, 2023 |
| File Proposed Docket Control Order and Proposed Discovery Order | December 18, 2023 | December 18, 2023 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) | December 26, 2023 | January 9, 2024 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | January 15, 2024 | January 29, 2024 |

| | | |
|---|---|---|
| Comply With Standing Order Regarding Subject-Matter Eligibility Contentions | January 15, 2024 | January 29, 2024 |