# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, § <br> § <br> v. § <br> § <br> THE HOME DEPOT, INC., et al § <br> § <br> RAVENWHITE LICENSING LLC, § <br> § <br> v. § <br> § <br> WALMART INC., et al § <br> § | Case No. 2:23-cv-00423-JRG-RSP <br> (Lead Case) <br><br><br> Case No. 2:23-cv-00418-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Pursuant to the Court's Order Setting the Scheduling Conference (Dkt. 14) and the Court's December 21, 2023 Order extending time to file (Dkt. 33), the undersigned parties jointly and respectfully request that the Court enter the agreed Discovery Order attached hereto.

December 22, 2023

| | |
|---|---|
| /s/ *Robert F. Kramer* <br> Robert F. Kramer <br><br> Robert F. Kramer <br> CA Bar No. 181706 (Admitted E.D. Texas) <br> rkramer@krameralberti.com <br> David Alberti <br> CA Bar No. 220265 (Admitted E.D. Texas) <br> dalberti@krameralberti.com <br> Sal Lim <br> CA Bar No. 211836 (Admitted E.D. Texas) <br> slim@krameralberti.com <br> Russell S. Tonkovich <br> CA Bar No. 233280 (Admitted E.D. Texas) <br> rtonkovich@krameralberti.com <br> Robert C. Mattson (*pro hac vice*) <br> VA Bar No. 43586 <br> rmattson@krameralberti.com <br> **KRAMER ALBERTI LIM** <br> **& TONKOVICH & LLP** | /s/ *Nicholas G. Papastavros* <br> Eric H. Findlay <br> Texas Bar No. 00789886 <br> Brian Craft <br> Texas Bar No. 04972020 <br> **FINDLAY CRAFT, P.C.** <br> 7270 Crosswater Ave, Ste B <br> Tyler, TX. 75703 <br> Tele: 903 534-1100 <br> Fax: 903 534-1137 <br> efindlay@findlaycraft.com <br> bcraft@findlaycraft.com <br><br> Nicholas G. Papastavros <br> Safraz Ishmael <br> **DLA PIPER LLC (US)** <br> 33 Arch Street 26th Fl <br> Boston, MA. 02110-1447 <br> Tele: 617 406-6000 <br> Fax: 617 406 6119 |

577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443

**THE DACUS FIRM, P.C.**
Deron R. Dacus
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

nick.papastavros@dlapiper.com
safraz.ishmael@dlapiper.com

*Attorneys for Defendants*
Home Depot, Inc. and Home Depot USA, Inc.

/s/ *Kathryn Riley Grasso*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave, Ste B
Tyler, TX. 75703
Tele: 903 534-1100
Fax: 903 534-1137
bcraft@findlaycraft.com
efindlay@findlaycraft.com

Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
kathryn.riley@us.dlapiper.com
henry.fildes@us.dlapiper.com

Clayton Thompson (*pro hac vice*)
**DLA PIPER LLP (US)**
1201 W Peachtree St NW, Ste 2900
Atlanta, GA 30309-3800
Tel: (404) 736-7800
clayton.thompson@us.dlapiper.com

Benjamin Yaghoubian (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Ste 400, N. Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
benjamin.yaghoubian@us.dlapiper.com

*Attorneys for Defendants*
Walmart Inc. and Wal-Mart Stores Texas, LLC

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an agreed joint motion.

*/s/ Robert F. Kramer*
Robert F. Kramer

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on December 22, 2023.

*/s/ Robert F. Kramer*
Robert F. Kramer