# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| v. | Case No. 2:23-cv-00423-JRG-RSP<br>(Lead Case) |
| THE HOME DEPOT, INC., et al | |
| RAVENWHITE LICENSING LLC, | Case No. 2:23-cv-00418-JRG-RSP<br>(Member Case) |
| v. | |
| WALMART INC., et al | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff RavenWhite Licensing LLC ("RavenWhite") and Defendants Home Depot U.S.A., Inc., The Home Depot, Inc., Wal-Mart Stores Texas, LLC, and Walmart Inc. (collectively, "Defendants") (together with RavenWhite, "the Parties") respectfully request to amend the Court's Docket Control Order (Dkt. No. 36) as follows:

I.

The current deadline for the Parties to file a Proposed Protective Order is January 9, 2024.

II.

The parties have conferred and agree to a short one (1) week extension for the deadline indicated above. The deadline for the Parties to file a Proposed Protective Order would be extended from January 9, 2024 up to and including January 16, 2024.

| Current Deadline | New Deadline | Description |
|---|---|---|
| January 9, 2024 | January 16, 2024 | File Proposed Protective Order |

III.

The Parties continue to actively negotiate in hopes of narrowing any remaining issues for the Court. With the additional time requested, the Parties may be able to resolve any remaining differences. This extension should not affect any other aspect of the current schedule.

WHEREFORE Plaintiff RavenWhite Licensing LLC and Defendants Home Depot U.S.A., Inc., The Home Depot, Inc., Wal-Mart Stores Texas, LLC, and Walmart Inc. respectfully request that the Court enter the Amended Docket Control Order attached hereto.

Dated: January 9, 2024            Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Nicholas G. Papastavros
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6119
nick.papastavros@dlapiper.com

***ATTORNEY FOR DEFENDANTS THE HOME DEPOT, INC. AND HOME DEPOT U.S.A., INC.***

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Kathryn Riley Grasso (*pro hac vice forthcoming*)
Henry R. Fildes (*pro hac vice forthcoming*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004

    Tel: (202) 799-4000
    Fax: (202) 799-5000
    Email: kathryn.riley@us.dlapiper.com
    Email: henry.fildes@us.dlapiper.com

    Clayton Thompson (*pro hac vice forthcoming*)
    DLA Piper LLP (US)
    1201 W Peachtree St NW, Ste 2900
    Atlanta, GA 30309-3800
    Tel: (404) 736-7800
    Email: clayton.thompson@us.dlapiper.com

    Benjamin Yaghoubian (*pro hac vice forthcoming*)
    DLA Piper LLP (US)
    2000 Avenue of the Stars, Ste 400, N. Tower
    Los Angeles, CA 90067-4704
    Tel: (310) 595-3000
    Email: benjamin.yaghoubian@us.dlapiper.com

    ***COUNSEL FOR DEFENDANTS/COUNTERCLAIMANTS WALMART INC. AND WAL-MART STORES TEXAS, LLC***


    */s/ Robert F. Kramer*
    Robert F. Kramer
    CA Bar No. 181706 (Admitted E.D. Texas)
    rkramer@krameralberi.com
    David Alberti
    CA Bar No. 220265 (Admitted E.D. Texas)
    dalberti@krameralberti.com
    Sal Lim
    CA Bar No. 211836 (Admitted E.D. Texas)
    slim@krameralberi.com
    Russell S. Tonkovich
    CA Bar No. 233280 (Admitted E.D. Texas)
    rtonkovich@krameralberi.com
    Robert C. Mattson (*pro hac vice*)
    VA Bar No. 43586
    rmattson@krameralberti.com
    **KRAMER ALBERTI LIM**
    **& TONKOVICH & LLP**
    577 Airport Blvd., Ste 250
    Burlingame, CA 94010
    Telephone: 650 825-4300

        Facsimile: 650 460-8443

        **THE DACUS FIRM, P.C.**
        Deron R. Dacus
        ddacus@dacusfirm.com
        821 ESE Loop 323, Suite 430
        Tyler, TX. 75701
        Telephone: (903) 705-7233
        Facsimile: (903) 581-2543

        *Attorneys for Plaintiff*
        RavenWhite Licensing, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Eric H. Findlay*
        Eric H. Findlay

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and the parties jointly request the relief sought herein.

        */s/ Eric H. Findlay*
        Eric H. Findlay