# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>v.<br><br>THE HOME DEPOT, INC., et al | Case No.  2:23-cv-00423-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>v.<br><br>WALMART INC., et al | Case No.  2:23-cv-00418-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff RavenWhite Licensing LLC ("RavenWhite") and Defendants Home Depot U.S.A., Inc., The Home Depot, Inc., Wal-Mart Stores Texas, LLC, and Walmart Inc. (collectively, "Defendants") (together with RavenWhite, "the Parties") respectfully request to amend the Court's Docket Control Order (Dkt. No. 36) as follows:

I.

The current deadline for the Parties to file a Proposed Protective Order is January 16, 2024.

II.

The parties have conferred and agree to a short nine-day extension for the deadline indicated above. The deadline for the Parties to file a Proposed Protective Order would be extended from January 16, 2024 up to and including January 25, 2024.

| Current Deadline | New Deadline | Description |
|---|---|---|
| January 16, 2024 | January 25, 2024 | File Proposed Protective Order |

III.

Good cause exists for an extension. The Parties continue to actively negotiate in hopes of narrowing any remaining issues for the Court. With the additional time requested, the Parties may be able to resolve any remaining differences. This extension should not affect any other aspect of the current schedule.

WHEREFORE Plaintiff RavenWhite Licensing LLC and Defendants Home Depot U.S.A., Inc., The Home Depot, Inc., Wal-Mart Stores Texas, LLC, and Walmart Inc. respectfully request that the Court enter the Amended Docket Control Order attached hereto.

Dated: January 16, 2024				Respectfully submitted,

/s/ *Robert F. Kramer*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43586
rmattson@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH & LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443


**THE DACUS FIRM, P.C.**
Deron R. Dacus
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX. 75701

/s/ *Nicholas G. Papastavros*

Nick Papastavros
Safraz Ishmael
**DLA PIPER LLC**
33 Arch Street 26th Fl
Boston, MA. 02110-1447
617 755 3122 - Nick
617 406 6083 – Safraz

Brian Craft (SBN 04972020)
Eric H. Findlay (SBN 00789886)
Findlay Craft, P.C.
7270 Crosswater Ave, Ste B
Tyler, TX. 75703
Tele: 903 534-1100

Fax: 903 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

*Attorneys for Defendants*
Home Depot, Inc. and Home Depot USA, Inc.


/s/ *Kathryn Riley Grasso*

Eric H. Findlay (SBN 00789886)
Brian Craft (SBN 04972020)
Findlay Craft, P.C.
7270 Crosswater Ave, Ste B

2

| | |
|---|---|
| Telephone: (903) 705-7233<br>Facsimile: (903) 581-2543<br><br>*Attorneys for Plaintiff*<br>RavenWhite Licensing, LLC | Tyler, TX. 75703<br>Tele: 903 534-1100<br>Fax: 903 534-1137<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>Kathryn Riley Grasso (*pro hac vice*)<br>Henry R. Fildes (*pro hac vice*)<br>DLA Piper LLP (US)<br>500 Eighth Street NW<br>Washington, DC 20004<br>Tel: (202) 799-4000<br>Fax: (202) 799-5000<br>kathryn.riley@us.dlapiper.com<br>henry.fildes@us.dlapiper.com<br><br>Clayton Thompson (*pro hac vice*)<br>DLA Piper LLP (US)<br>1201 W Peachtree St NW, Ste 2900<br>Atlanta, GA 30309-3800<br>Tel: (404) 736-7800<br>clayton.thompson@us.dlapiper.com<br><br>Benjamin Yaghoubian (*pro hac vice*)<br>Ressa Duxbury (*pro hac vice*)<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, Ste 400, N. Tower<br>Los Angeles, CA 90067-4704<br>Tel: (310) 595-3000<br>benjamin.yaghoubian@us.dlapiper.com<br><br>*Counsel for Defendants/Counterclaimants*<br>Walmart Inc. and Wal-Mart Stores Texas, LLC |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert F. Kramer*
Robert F. Kramer

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and the parties jointly request the relief sought herein.

*/s/ Robert F. Kramer*
Robert F. Kramer
