# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § § § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP |
| v. | § § | |
| THE HOME DEPOT, INC. et al, | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion for extension of time to submit the parties' proposed protective order filed by Plaintiff RavenWhite Licensing LLC and Defendants Home Depot U.S.A., Inc., The Home Depot, Inc., Wal-Mart Stores Texas, LLC, and Walmart Inc. **Dkt. No. 45**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the parties' deadline to file a proposed protective order is extended to January 25, 2024.

**SIGNED this 19th day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE