# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, § § v. § THE HOME DEPOT, INC., et al § § RAVENWHITE LICENSING LLC, § § v. § WALMART INC., et al § § § | Case No. 2:23-cv-00423-JRG-RSP (Lead Case) Case No. 2:23-cv-00418-JRG-RSP (Member Case) **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Docket Control Order (Dkt. 36), the undersigned parties jointly and respectfully request that the Court enter the agreed Protective Order attached hereto.

January 25, 2024

Respectfully submitted,

/s/ *Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43568
rmattson@krameralberti.com
**KRAMER ALBERTI LIM**
**& TONKOVICH & LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010

/s/ *Nicholas G. Papastavros*
Nicholas G. Papastavros (Admitted E.D. Texas)
Safraz Ishmael
**DLA PIPER (US) LLC**
33 Arch Street 26th Fl
Boston, MA. 02110-1447
nick.papastavros@dlapiper.com
safraz.ishmael@dlapiper.com
Telephone: 617 406-6000
Facsimile: 617-406-6119

*Attorneys for Defendants*
Home Depot, Inc. and Home Depot USA, Inc.

/s/ *Kathryn Riley Grasso*
Brian Craft (Texas SBN 04972020)
Eric H. Findlay (Texas SBN 00789886)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave, Ste B
Tyler, TX. 75703

Telephone: 650 825-4300
Facsimile: 650 460-8443

**THE DACUS FIRM, P.C.**
Deron R. Dacus
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

Tele: 903 534-1100
Fax: 903 534-1137
bcraft@findlaycraft.com
efindlay@findlaycraft.com

Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
kathryn.riley@us.dlapiper.com
henry.fildes@us.dlapiper.com

Clayton Thompson (*pro hac vice*)
DLA Piper LLP (US)
1201 W Peachtree St NW, Ste 2900
Atlanta, GA 30309-3800
Tel: (404) 736-7800
clayton.thompson@us.dlapiper.com

Benjamin Yaghoubian (*pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars, Ste 400, N. Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
benjamin.yaghoubian@us.dlapiper.com

*Counsel for Defendants/Counterclaimants*
Walmart Inc. and Wal-Mart Stores Texas, LLC

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an agreed joint motion.

/s/ *Robert F. Kramer*
Robert F. Kramer

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who

are deemed to have consented to electronic service on January 25, 2024.

<u>/s/ Robert F. Kramer</u>
Robert F. Kramer