IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, <br> *Plaintiff*, <br><br> v. <br><br> THE HOME DEPOT, INC. et al, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP |

## ORDER

Before this Court is the Joint Motion for Limited Expedited Venue Discovery and Extension of Time to Respond to Home Depot's Renewed Motion to Dismiss the Amended Complaint Based on Improper Venue, filed by Plaintiff RavenWhite Licensing LLC and Defendant The Home Depot, Inc. **Dkt. No. 42**. After consideration, the Court **GRANTS** the Motion. It is **ORDERED** that Venue Discovery will proceed as follows:

1. One Rule 30(b)(6) deposition notice to The Home Depot, Inc. and Home Depot USA, Inc., for topics related to venue, with up to seven (7) total hours of deposition testimony;

2. Up to 7 total venue interrogatories to The Home Depot, Inc. and Home Depot USA, Inc., responses due 21 days from service;

3. Up to 7 total venue requests for production to The Home Depot, Inc. and Home Depot USA, Inc., responses due 21 days from service; and

4. Venue discovery shall be completed by April 5, 2024. Plaintiff's opposition to the Motion to Dismiss is extended to and including April 19, 2024; and Home Depot's reply in support of its Motion to Dismiss will be due on May 3, 2024.

**SIGNED this 26th day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE