# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>    *Defendants*. | Case No. 2:23-cv-00423-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>WALMART INC., et al.,<br><br>    *Defendants*. | Case No. 2:23-cv-00418-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants Walmart Inc., Wal-Mart Stores Texas, LLC, The Home Depot, Inc. and Home Depot U.S.A., Inc. hereby notify the Court that they have served their Invalidity Contentions pursuant to P.R. 3-3 & 3-4 and pursuant to the Court's Order (ECF No. 18) on counsel for the Plaintiff via electronic mail on January 29, 2024.

Dated:  January 30, 2024

Respectfully submitted,

By: */s/ Kathryn R. Grasso*
Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Kathryn.Riley@us.dlapiper.com
Henry.Fildes@us.dlapiper.com

1606990868

Clayton Thompson (*pro hac vice*)
**DLA Piper LLP (US)**
1201 W. Peachtree St. NW, Suite 2900
Atlanta, GA 30309-3800
Tel: (404) 736-7800
Fax: (4040 682-7800
Clayton.thompson@us.dlapiper.com

Benjamin Yaghoubian (*pro hac vice*)
Tessa Duxbury (*pro hac vice*)
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Ste. 400, N. Tower
Los Angeles, CA 90067
Tel: (310) 595-3160
Fax: (310) 595-3360
Benjamin.Yaghoubian@us.dlapiper.com
Tessa.duxbury@us.dlapiper.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
**Findlay Craft, P.C.**
7270 Crosswater Avenue, Suite b
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
bcraft@findlaycraft.com

*ATTORNEYS FOR DEFENDANTS WALMART INC. AND WAL-MART STORES TEXAS, LLC*

1606990868

By: */s/ Nicholas G. Papastavros*
Nicholas G. Papastavros
Safraz W. Ishmael
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6119
nick.papastavros@dlapiper.com
safraz.ishmael@us.dlapiper.com

***ATTORNEYS FOR DEFENDANTS THE HOME DEPOT, INC. AND HOME DEPOT U.S.A., INC.***

1606990868

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of January 2024 with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Kathryn Riley Grasso*
Kathryn Riley Grasso