IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC. et al,<br>*Defendants*. | §<br>§<br>§   CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the Joint Motion to Extend Deadlines for Venue Discovery and Motion to Dismiss Briefing filed by Plaintiff RavenWhite Licensing LLC and Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. **Dkt. No. 54.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the following schedule of deadlines is in effect until further order by the Court:

| Event | Deadline |
|---|---|
| Close of Venue Discovery | May 24, 2024 |
| RavenWhite's Opposition to Motion to Dismiss | June 7, 2024 |
| Home Depot's Reply brief in support of Motion to Dismiss | June 21, 2024 |

**SIGNED this 30th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE