IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC § | |
| § | |
| V. § | 2:23-CV-423-JRG-RSP |
| § | (Lead Case) |
| THE HOME DEPOT, INC. ET AL § | |

---

| | |
|---|---|
| RAVENWHITE LICENSING LLC § | |
| § | |
| V. § | 2:23-CV-418-JRG-RSP |
| § | (Member Case) |
| WALMART INC., ET AL § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL
OF DERON R. DACUS AS COUNSEL**

Plaintiff Ravenwhite Licensing LLC ("Ravenwhite") files this Unopposed Motion for Withdrawal of Deron R. Dacus as counsel in the above-referenced matters. In support of this Motion, Plaintiff shows the Court the following:

1. Deron R. Dacus, having appeared in the above-captioned cases on behalf of Plaintiff Ravenwhite, will no longer act as counsel for Plaintiff Ravenwhite in these actions.

2. Plaintiff Ravenwhite will continue to be represented by the law firm of Kramer Alberti Lim & Tonkovich LLP.

3. The withdrawal of Deron R. Dacus as counsel for Plaintiff Ravenwhite will not delay the proceedings in this matter.

4. Defendants do not oppose the withdrawal of Deron R. Dacus as counsel for Plaintiff Ravenwhite.

5. Therefore, Plaintiff Ravenwhite requests that this Unopposed Motion for

Withdrawal of Deron R. Dacus as counsel be granted and he be removed from the official service list in this case.

Respectfully submitted,

DATED:  May 17, 2024

*/s/ Deron R. Dacus*
Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-7233
Email: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 17, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff Ravenwhite's counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed.  The parties met and conferred via email and counsel for Defendants stated that they do not oppose this motion.

*/s/ Deron R. Dacus*
Deron R. Dacus