IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § | |
| V. | § § | 2:23-CV-423-JRG-RSP (Lead Case) |
| THE HOME DEPOT, INC. ET AL | § | |

---

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § | |
| V. | § § | 2:23-CV-418-JRG-RSP (Member Case) |
| WALMART INC., ET AL | § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF DERON R. DACUS AS COUNSEL

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Plaintiff Ravenwhite Licensing LLC hereby grants the motion.

It is, therefore, ORDERED that Deron R. Dacus is WITHDRAWN as counsel for Plaintiff Ravenwhite Licensing LLC in the above-captioned civil action.