# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, *Plaintiff*, | § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP (LEAD CASE) |
| v. | | |
| THE HOME DEPOT, INC. et al, *Defendants*. | | |

## ORDER

Before the Court is the Unopposed Motion for Withdrawal of Counsel filed by Plaintiff Ravenwhite Licensing LLC. **Dkt. No. 57.** After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that Deron R. Dacus is withdrawn as counsel of record for Plaintiff Ravenwhite Licensing LLC in the above captioned matter.

**SIGNED this 22nd day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE