# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP<br>(LEAD CASE) |
| THE HOME DEPOT, INC. *et al.*,<br>*Defendants*. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is the Joint Motion for Limited Reopening of Venue Discovery to Take the Expert Deposition of Monty Myers and to Modify Deadlines for Motion to Dismiss Briefing filed by Plaintiff RavenWhite Licensing LLC and Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. **Dkt. No. 62.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that venue discovery is reopened for the limited purpose of allowing Home Depot to take the deposition of Mr. Monty Myers before or on June 21, 2024. It is

**FURTHER ORDERED** that the deadline for Home Depot to file their reply brief in support of their Motion to Dismiss is June 28, 2024, and RavenWhite's deadline to file a sur-reply is July 12, 2024.

**SIGNED this 20th day of June, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE