IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT USA, INC.,<br><br>Defendants. | Civil Action No. 2:23-CV-00423-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff RavenWhite Licensing, LLC hereby files this notice of dismissal and dismisses without prejudice all claims against Defendants The Home Depot, Inc. and Home Depot USA, Inc. Dismissal is proper pursuant to Rule 41(a)(1)(A) because Defendants have not yet answered or filed a motion for summary judgment. This dismissal without prejudice is conditionless and each party shall bear its own costs, attorneys' fees, and expenses.

August 21, 2024

/s/ *Andrea L. Fair*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti (Admitted E.D. Texas)
CA Bar No. 220265
dalberti@krameralberti.com
Sal Lim (Admitted E.D. Texas)
CA Bar No. 211836

      slim@krameralberi.com
      Russell S. Tonkovich
      CA Bar No. 233280 (Admitted E.D. Texas)
      rtonkovich@krameralberi.com
      Robert C. Mattson (*pro hac vice to be filed*)
      VA Bar No. 43586
      rmattson@krameralberti.com
      **KRAMER ALBERTI LIM**
      **& TONKOVICH & LLP**
      577 Airport Blvd., Ste 250
      Burlingame, CA 94010
      Telephone: 650 825-4300
      Facsimile: 650 460-8443

      *Of Counsel:*

      Andrea L. Fair
      Texas Bar No. 24078488
      andrea@wsfirm.com
      **WARD, SMITH & HILL PLLC**
      1507 Bill Owens Pkwy
      Longview, Texas 75604
      Telephone: (903) 757-6400
      Facsimile: (903) 757-2323

      Attorneys for Plaintiff
      *Ravenwhite Licensing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 21st day of August 2024.

      */s/ Andrea L. Fair*
      Andrea L. Fair