# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | § § |
| v. | § Case No. 2:23-cv-00423-JRG-RSP § (Lead Case) |
| THE HOME DEPOT, INC., et al | § |
| RAVENWHITE LICENSING LLC, | § § Case No. 2:23-cv-00418-JRG-RSP |
| v. | § (Member Case) § |
| WALMART INC., et al | § **JURY TRIAL DEMANDED** § § § |

## STIPULATION OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RavenWhite Licensing LLC and Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC. hereby file this stipulation of dismissal and dismiss without prejudice the above-captioned action, including all claims and counterclaims. Each party shall bear its own costs and fees.

August 28, 2024

Respectfully submitted,

/s/ *Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43568

rmattson@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH & LLP**
577 Airport Blvd., Ste 250
Burlingame, CA 94010
Telephone: 650 825-4300
Facsimile: 650 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
**WARD, SMITH & HILL PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

<u>/s/ *Kathryn Riley Grasso*</u>
Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
kathryn.riley@us.dlapiper.com
henry.fildes@us.dlapiper.com

Benjamin Yaghoubian (*pro hac vice*)
**DLA Piper LLP (US)**
2000 Avenue of the Stars, Ste 400, N. Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
benjamin.yaghoubian@us.dlapiper.com

Brian Craft (Texas SBN 04972020)
Eric H. Findlay (Texas SBN 00789886)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave, Ste B
Tyler, TX. 75703
Tele: 903 534-1100
Fax: 903 534-1137
bcraft@findlaycraft.com

efindlay@findlaycraft.com

*Counsel for Defendants/Counterclaimants*
Walmart Inc. and Wal-Mart Stores Texas, LLC

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an agreed joint stipulation.

/s/ *Robert F. Kramer*
Robert F. Kramer

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on August 28, 2024.

/s/ *Robert F. Kramer*
Robert F. Kramer