# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP<br>(Lead Case) |
| THE HOME DEPOT, INC. et al, | | |
| *Defendants*. | | |

| | | |
|---|---|---|
| v. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00418-JRG-RSP<br>(Member Case) |
| WALMART INC. and WAL-MART STORES TEXAS, LLC, | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Ravenwhite Licensing LLC ("Plaintiff"). (Dkt. No. 74.) In the Notice, Plaintiff represents that Lead Case No. 2:23-CV-00423 is voluntarily dismissed against Defendants The Home Depot, Inc. and Home Depot USA, Inc ("Defendants") without prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action between Plaintiff and Defendants in Lead Case No. 2:23-CV-00423 are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief between Plaintiff and Defendants in Lead Case No. 2:23-CV-00423 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:23-CV-00423 in light of the remaining parties and claims.

**So Ordered this**

**Aug 28, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE