# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00423-JRG-RSP |
| THE HOME DEPOT, INC. et al, | § § | (Lead Case) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 2:23-CV-00418-JRG-RSP |
| WALMART INC. and WAL-MART STORES TEXAS, LLC, | § § § § | (Member Case) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Ravenwhite Licensing LLC and Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC. (Dkt. No. 75.) In the Stipulation, the parties represent that Member Case No. 2:23-CV-00418 has been resolved and request dismissal of the same without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action between Plaintiff and Defendants in Case No. 2:23-CV-00418 are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief between Plaintiff and Defendants in Case No. 2:23-CV-00418 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** both of the above-captioned cases.

**So ORDERED and SIGNED this 3rd day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE